**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6128**

PAUL SCINTO, SR.,

Plaintiff - Appellant,

versus

EDWARD GLENN PRESTON; RALPH MELTON, JR.; FRANK
POLUMBO; BRIAN LEMAY; ERIC WING; E&J
AUTOMOTIVE, et al.; THE CITY OF NEW BERN,
NORTH CAROLINA,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Greenville. Malcolm J. Howard,
Senior District Judge. (4:03-cv-00178-H)

Submitted: June 8, 2007              Decided: June 25, 2007

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Paul Scinto, Sr., Appellant Pro Se. James Carlton Thornton, Sarah
Lynne Ford, PARKER, POE, ADAMS & BERNSTEIN, LLP, Raleigh, North
Carolina; Gary Hamilton Clemmons, CHESNUTT, CLEMMONS & PEACOCK, PA,
New Bern, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Scinto, Sr., seeks to appeal the district court's order denying in part his motion for default judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Scinto seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction and deny Appellees' motion to stay. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED